**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TOTAL ENERGY CORP. d/b/a CORAR CORP. | § § § | |
| vs. | § § | CASE NO. 2:09-CV-131-TJW-CE |
| RALEY AND ASSOCIATES, INC. AND PAUL CORMIER | § § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 73), which contains his recommendation for the disposition of the plaintiff's motion, has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the plaintiff's motion for entry of default against the defendant James Ayers (Dkt. No. 71) is GRANTED.

SIGNED this 2nd day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE